# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Claire C. Cecchi |
| v. | : | Crim. No. 16-453 |
| JUAN ESCALANTE-MELGAR, et al. | : | **ORDER FOR A CONTINUANCE** |

This matter having come before the Court on the joint application of Craig Carpenito, United States Attorney for the District of New Jersey (by J. Jamari Buxton, Assistant United States Attorney), and defendants Juan Escalante-Melgar, a/k/a "Humilde" (by Frederick R. Dunne III, Esq.), Elmer Cruz-Diaz, a/k/a "Locote" (by Stephen Turano, Esq.), Oscar Sanchez-Aguilar, a/k/a "Snappy" (by Gary L. Cutler, Esq.), Jose Rivera-Robles, a/k/a "Layo" (by Ruth M. Liebesman, Esq.), and Juan Garcia-Gomez, a/k/a "Scooby" (by Olubukola O. Adetula, Esq.), for an order granting a continuance of the proceedings in the above-captioned matter from the date this Order is signed through November 30, 2018 to permit defense counsel the reasonable time necessary for effective preparation in this matter and to allow the parties to conduct plea negotiations and attempt to finalize plea agreements; and the defendants being aware that they have the right to have the matter brought to trial within 70 days of the date of their appearance before a judicial officer of this court pursuant to Title 18, United States Code, Section 3161(c); and two prior continuances having been entered; and the defendants, through their

attorneys, having consented to the continuance; and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. Plea negotiations are currently in progress, and both the United States and the defendants seek additional time to achieve successful resolution of these negotiations, which would render any subsequent trial of this matter unnecessary;

2. The defendants have consented to the aforementioned continuance;

3. The grant of a continuance will likely conserve judicial resources; and

4. Pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendants in a speedy trial.

WHEREFORE, it is on this  5th  day of    November   , 2018;

ORDERED that this action be, and it hereby is, continued from the date this Order is signed through November 30, 2018; and it is further

ORDERED that the period from the date this Order is signed through November 30, 2018 shall be excludable in computing time under the Speedy Trial Act of 1974.

_____
HONORABLE CLAIRE C. CECCHI
United States District Judge

Form and entry consented to:

_____
J. Jamari Buxton
Assistant U.S. Attorney


_____
Frederick R. Dunne III, Esq.
Counsel for Defendant Juan Escalante-Melgar


_____
Stephen Turano, Esq.
Counsel for Defendant Elmer Cruz-Diaz


_____
Gary L. Cutler, Esq.
Counsel for Defendant Oscar Sanchez-Aguilar


_____
Ruth M. Liebesman, Esq.
Counsel for Defendant Jose Rivera-Robles


_____
Olubukola O. Adetula, Esq.
Counsel for Defendant Juan Garcia-Gomez

ORDERED that the period from the date this Order is signed through November 30, 2018 shall be excludable in computing time under the Speedy Trial Act of 1974.

_____
HONORABLE CLAIRE C. CECCHI
United States District Judge

Form and entry consented to:

_____
J. Jamari Buxton
Assistant U.S. Attorney

_____
Frederick R. Dunne III, Esq.
Counsel for Defendant Juan Escalante-Melgar

_____
Stephen Turano, Esq.
Counsel for Defendant Elmer Cruz-Diaz

_____
Gary L. Cutler, Esq.
Counsel for Defendant Oscar Sanchez-Aguilar

_____
Ruth M. Liebesman, Esq.
Counsel for Defendant Jose Rivera-Robles

_____
Olubukola O. Adetula, Esq.
Counsel for Defendant Juan Garcia-Gomez

ORDERED that the period from the date this Order is signed through November 30, 2018 shall be excludable in computing time under the Speedy Trial Act of 1974.

_____
HONORABLE CLAIRE C. CECCHI
United States District Judge

Form and entry consented to:


_____
J. Jamari Buxton
Assistant U.S. Attorney


_____
Frederick R. Dunne III, Esq.
Counsel for Defendant Juan Escalante-Melgar


_____
Stephen Turano, Esq.
Counsel for Defendant Elmer Cruz-Diaz

_____
Gary L. Cutler, Esq.
Counsel for Defendant Oscar Sanchez-Aguilar


_____
Ruth M. Liebesman, Esq.
Counsel for Defendant Jose Rivera-Robles


_____
Olubukola O. Adetula, Esq.
Counsel for Defendant Juan Garcia-Gomez

ORDERED that the period from the date this Order is signed through October 31, 2018 shall be excludable in computing time under the Speedy Trial Act of 1974.

                                                                                  HONORABLE CLAIRE C. CECCHI
                                                                                   United States District Judge

Form and entry consented to:

_____
J. Jamari Buxton
Assistant U.S. Attorney

_____
Frederick R. Dunne III, Esq.
Counsel for Defendant Juan Escalante-Melgar

_____
Stephen Turano, Esq.
Counsel for Defendant Elmer Cruz-Diaz

_____
Gary L. Cutler, Esq.
Counsel for Defendant Oscar Sanchez-Aguilar

_____
Ruth M. Liebesman, Esq.
Counsel for Defendant Jose Rivera-Robles

_____
Olubukola O. Adetula, Esq.
Counsel for Defendant Juan Garcia-Gomez

ORDERED that the period from the date this Order is signed through November 30, 2018 shall be excludable in computing time under the Speedy Trial Act of 1974.

---
HONORABLE CLAIRE C. CECCHI
United States District Judge

Form and entry consented to:

---
J. Jamari Buxton
Assistant U.S. Attorney


---
Frederick R. Dunne III, Esq.
Counsel for Defendant Juan Escalante-Melgar


---
Stephen Turano, Esq.
Counsel for Defendant Elmer Cruz-Diaz


---
Gary L. Cutler, Esq.
Counsel for Defendant Oscar Sanchez-Aguilar


---
Ruth M. Liebesman, Esq.
Counsel for Defendant Jose Rivera-Robles

---
Olubukola O. Adetula, Esq.
Counsel for Defendant Juan Garcia-Gomez

ORDERED that the period from the date this Order is signed through November 30, 2018 shall be excludable in computing time under the Speedy Trial Act of 1974.

                                                          HONORABLE CLAIRE C. CECCHI
                                                          United States District Judge

Form and entry consented to:

_____
J. Jamari Buxton
Assistant U.S. Attorney

*Chip Dunne*
_____
Frederick R. Dunne III, Esq.
Counsel for Defendant Juan Escalante-Melgar

_____
Stephen Turano, Esq.
Counsel for Defendant Elmer Cruz-Diaz

_____
Gary L. Cutler, Esq.
Counsel for Defendant Oscar Sanchez-Aguilar

_____
Ruth M. Liebesman, Esq.
Counsel for Defendant Jose Rivera-Robles

_____
Olubukola O. Adetula, Esq.
Counsel for Defendant Juan Garcia-Gomez